THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM A. MURPHY (JOHN RAIEO, Prisoner), Appellant, v. HARRY T. ASHWORTH, Warden of the Penitentiary of the City of New York, Riker's Island, New York, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ISABELLE HAINES, Appellant, v. LEXINGTON AVENUE & 42ND STREET CORPORATION, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. Reply to be served within five days after service of order, with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

RICHARD GALE, Appellant, v. HENRY WAGSTAFF RYAN and Others, Respondents. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer and Dore, JJ., dissent and vote to reverse and deny the motion.

JAMES C. GABRIEL, Respondent, v. NATIONAL COLD STORAGE CO., INC., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. Bill of particulars to be served within ten days after service of order, with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

FLORENCE CLARKE SCHMITT, Appellant, v. GEORGE V. SMITH and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

KELLY-SULLIVAN, INC., and Others, Appellants, v. PAUL MOSS, as Commissioner of Licenses of the City of New York, and Another, Respondents.— Order, so far as appealed from, reversed, with twenty dollars costs and disbursements, and the motion for a discovery and inspection of plaintiffs' books and records in all respects denied. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents to the extent of voting for modification so as to allow discovery on items a, b, c and h only of the order appealed from.

EDWARD L. McCoy, as Executor, etc., of HELEN MURRAY, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ELEANOR JACOB, Respondent, v. RICHARD KREBS, Also Known as JAN VALTIN, Appellant.— Order entered March 26, 1942, denying defendant's motion for an order directing plaintiff to file, in support of warrant of attachment, an undertaking in the sum of $3,750, in addition to the $250 undertaking heretofore given by plaintiff, unanimously modified by requiring plaintiff to file an additional bond in the sum of $750, and as so modified affirmed, without costs. Order entered April 10, 1942, so far as appealed from, unanimously affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.